IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADIL BIN MUHAMMAD AL WIRGHI, et al. )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>et al., )<br>)<br>Respondents. )<br>) | Civil Action No. _____ |

## DECLARATION OF MOAZZAM BEGG

I, Moazzam Begg, pursuant to 28 U.S.C. § 1746, hereby declare and say as follows:

1. My name is Moazzam Begg and I was incarcerated by the United States in Afghanistan and in Guantánamo Bay Naval Station ("Guantánamo") for almost three years.

2. During that time, I met many other people who were being held under similar circumstances. One friend that I met is Mr. Adil bin Muhammad al Wirghi, a citizen of Tunisian who is currently detained in Guantánamo.

3. One major topic of discussion was the denial of any legal representation to prisoners held in Guantánamo.

4. I had some legal training in the United Kingdom before my seizure by the United States.

5. Based upon my knowledge of the law and my understanding of the U.S. legal concept of "Next Friend," I declare that my friend, Mr. Adil bin Muhammad al Wirghi, would want me to assert his legal rights and act as his Next Friend in bringing proceedings upon his behalf.

6. I hereby request and authorize Clive Stafford Smith of Justice In Exile, Michael Ratner and Barbara Olshansky of the Center for Constitutional Rights (CCR), Michael Cooper, Esq., and Suhana Han, Esq., and any attorney assigned by CCR to secure any documents and information concerning Mr. al Wirghi that are necessary for his defense, and to seek

whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing it true and correct

Executed on July 6, 2005.

Signature: _____

Print Name: MOAZZAM BEGG