IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADIL BIN MUHAMMAD AL WIRGHI, *et al.*, | ) ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-CV-1497 (RCL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) |
| Respondents. | ) ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 31, 2005, copies of the foregoing were transmitted via Federal Express to counsel for petitioner:

> Michael A. Cooper
> SULLIVAN & CROMWELL, LLP
> 125 Broad Street
> New York, NY 10004
> (212) 558-4000

>   /s/ Preeya M. Noronha
> PREEYA M. NORONHA
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., N.W.   Room 7226
> Washington, DC  20530
> Tel.:  (202) 514-3338
> Fax:  (202) 616-8202

> One of the Attorneys for Respondents