# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------x
ADIL BIN MUHAMMAD AL WIRGHI,           :
    Detainee,                          :
    Guantánamo Bay Naval Station       :
    Guantánamo Bay, Cuba,              :
                                       :
MOAZZAM BEGG,                          :
    as Next Friend of                  :
    Adil bin Muhammad al Wirghi,       :
                                       :
        Petitioners,                   :
                                       :
    v.                                 :
                                       :
GEORGE W. BUSH, DONALD RUMSFELD,       :   No. 05-CV-1497 (RCL)
ARMY BRIG. GEN. JAY HOOD, and ARMY     :
COL. MIKE BUMGARNER,                   :
                                       :
        Respondents.                   :
                                       :
------------------------------x
```

### SUPPLEMENTAL DECLARATION OF MOAZZAM BEGG

I, Moazzam Begg, pursuant to 28 U.S.C. § 1746, hereby declare:

1.  I submit this supplemental declaration to further describe the circumstances under which Adil bin Muhammad al Wirghi unequivocally communicated to me his desire for legal counsel.

2.  I was incarcerated by the United States at Bagram Airbase, Afghanistan and Guantánamo Bay Naval Station ("Guantánamo Bay") for almost three years.

3.  I met Mr. al Wirghi while I was incarcerated at Guantánamo Bay. Mr. al Wirghi has been incarcerated at Guantánamo Bay since early 2002. Today he is still incarcerated at Guantánamo Bay.

4. Mr. al Wirghi is a citizen of Tunisia and his ISN is 502. Prior to his incarceration, he lived in Tunis, Tunisia's capital city. Mr. al Wirghi speaks Arabic and has limited, if any, knowledge of English.

5. In November 2004, shortly before my release from Guantánamo Bay, I saw Mr. al Wirghi across the cell blocks; he was in Block Romeo and I was in Block Papa. Block Romeo is an isolation wing used to hold prisoners for "non-cooperation." Non-cooperation can range from failing to hand over a bar of soap to refusing to answer a question. Prisoners in Block Romeo are permitted only one comfort item — a pair of orange shorts — and nothing else.

6. Mr. al Wirghi appeared dejected and utterly hopeless. Mr. al Wirghi called out to me for help from across the cell blocks. He shouted that he desperately wanted legal assistance. I believe that Mr. al Wirghi's desire for legal representation stemmed from a feeling of desperation.

7. Mr. al Wirghi also shouted out his father's name, address and telephone number in Tunisia so that I could try to contact him to get help.

8. I made a promise to Mr. al Wirghi that I would get him legal counsel.

9. After my release from Guantánamo Bay, I was able to share the information that Mr. al Wirghi gave me with lawyers.

10. On July 6, 2005, I executed a declaration declaring that Mr. al Wirghi would want me to assert his legal rights as his Next Friend in bringing proceedings on his behalf. I continue to believe that Mr. al Wirghi wants me to act as his Next Friend based upon his desperate plea to me at Guantánamo Bay, and the promise I made to him before I was released that I would assist him in obtaining legal counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 10th, 2005.

_____
Moazzam Begg