# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ADIL BIN MUHAMMAD AL WIRGHI,  :
    Detainee,  :
    Guantánamo Bay Naval Station  :
    Guantánamo Bay, Cuba,  :
      :
MOAZZAM BEGG,  :
    as Next Friend of  :
    Adil bin Muhammad al Wirghi,  :
      :
    Petitioners,  :
      :
    v.  :
      :
GEORGE W. BUSH, DONALD RUMSFELD,  :   No. 05-CV-1497 (RCL)
ARMY BRIG. GEN. JAY HOOD, and ARMY  :
COL. MIKE BUMGARNER,  :
      :
    Respondents.  :
      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DECLARATION OF MICHAEL A. COOPER

I, Michael A. Cooper, hereby declare:

1.      I am a member in good standing of the Bars of the State of New York, the United States Supreme Court, the United States Court of Appeals for the Second Circuit and other federal courts of appeals and district courts. I appear in this action pursuant to Rule 83.2(g) of the Local Rules of the United States District Court for the District of Columbia. I am Of Counsel to the law firm of Sullivan & Cromwell LLP.

2.      I represent Adil bin Muhammad al Wirghi and Moazzam Begg as Next Friend of Mr. al Wirghi without compensation.

3.      I have been aware for several months that the Center for Constitutional Rights ("CCR") was seeking volunteer counsel for detainees held in Guantánamo Bay Naval Station ("Guantánamo Bay"). I learned of CCR's search for volunteer counsel from Michael Griffinger, a Fellow of the American College of Trial Lawyers (the "College"), of which I am President-Elect. The Access to Justice Committee of the College has disseminated to the more than 5,000 Fellows of the College information regarding the need for volunteer lawyers to represent detainees at Guantánamo Bay in instituting habeas corpus proceedings, and approximately thirty Fellows have volunteered to act in that capacity.

4.      In June 2005, I learned that four detainees, including Mr. al Wirghi, had requested counsel through Moazzam Begg, a former detainee at Guantánamo Bay, who passed on information about these detainees to his attorney, Clive Stafford Smith, who then passed on the information to CCR.

5.      I discussed with Mr. Griffinger's office and CCR my interest in representing one of these four Guantánamo Bay detainees and agreed to represent Mr. al Wirghi on June 24, 2005.

6.      CCR provided me with information relating to Mr. al Wirghi that had been obtained from Mr. Begg, including contact information for Mr. al Wirghi's family in Tunisia.

7.      Lawyers assisting me on this case have diligently tried to contact Mr. al Wirghi's family.

8.    Mohammad H. Fadel, a lawyer associated with Sullivan & Cromwell LLP, repeatedly attempted to call Mr. al Wirghi's family throughout July and August 2005. Mr. Fadel has not been able to contact Mr. al Wirghi's family at the phone number provided by Mr. al Wirghi to Moazzam Begg and by Mr. Begg to us. Mr. Fadel is researching possible changes in the telephone numbers in Tunisia that have occurred during the last few years and is continuing to call Tunisian operators for assistance.

9.    Suhana S. Han, a lawyer associated with Sullivan & Cromwell LLP, has contacted various offices of Amnesty International to obtain additional information about Mr. al Wirghi's family in Tunisia. Ms. Han has not yet received any information.

10.    Based on my communications with Mr. Begg, I understand that Mr. al Wirghi reached out to him for help and expressly asked for legal representation. Accordingly, on July 29, 2005, Suhana Han and I filed a petition for a writ of habeas corpus on behalf of Mr. al Wirghi and Mr. Begg as Next Friend of Mr. al Wirghi.

11.    On August 12, 2005, I submitted an application for security clearance, which must be obtained before I can travel to Guantánamo Bay to meet with Mr. al Wirghi. I am informed that my application is currently being processed.

12.    I am committed to representing Mr. al Wirghi. Upon receiving security clearance, I am prepared to travel promptly to Guantánamo Bay to seek authorization from Mr. al Wirghi to represent him directly rather than through Moazzam Begg as Next Friend.

-3-

13.    I declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2005 in New York, New York.

Michael A. Cooper