IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AHMED DOE, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1458 (ESH) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| ADIL BIN MUHAMMAD AL WIRGHI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1497 (RCL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| NABIL (Last Name Unknown), *et al.*, | ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1504 (RMC) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

| | |
|---|---|
| ABBAR SUFIAN AL HAWARY, *et al.*, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, ) <br> President of the United States, ) <br> *et al.,* ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-CV-1505 (RMC) |
| SHAFIIQ (Last Name Unknown), *et al.*, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, ) <br> President of the United States, ) <br> *et al.,* ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-CV-1506 (RMC) |
| HAMID AL RAZAK, *et al.*, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, ) <br> President of the United States, ) <br> *et al.,* ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 05-CV-1601 (GK) |

|  |  |
|---|---|
| KADEER KHANDAN, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.,* )<br>)<br>    Respondents. )<br>_____ ) | Civil Action No. 05-CV-1697 (RBW) |
| USAMA HASAN ABU KABIR, *et al.*, )<br>)<br>    Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.,* )<br>)<br>    Respondents. )<br>_____ ) | Civil Action No. 05-CV-1704 (JR) |
| MUHAMMED QASIM, *et al.*, )<br>)<br>    Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.,* )<br>)<br>    Respondents. )<br>_____ ) | Civil Action No. 05-CV-1779 (JDB) |

| | |
|---|---|
| ABU ABDUL AZIZ, *et al.*, )<br>)<br>    Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.*, )<br>)<br>    Respondents. )<br>) | Civil Action No. 05-CV-1864 (HHK) |
| ISMAIL ALKHEMISI, *et al.*, )<br>)<br>    Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.*, )<br>)<br>    Respondents. )<br>) | Civil Action No. 05-CV-1983 (RMU) |
| BENDER AYED HAMOUD HEZAM )<br>    AL-OTEIBI AL-SHABANY, *et al.*, )<br>)<br>    Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.*, )<br>)<br>    Respondents. )<br>) | Civil Action No. 05-CV-2029 (JDB) |

| | |
|---|---|
| ZAKIRJAN, *et al.*, )<br>)<br>    Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.*, )<br>)<br>    Respondents. )<br>) | Civil Action No. 05-CV-2053 (HHK) |
| DR. ABU MUHAMMED, *et al.*, )<br>)<br>    Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.*, )<br>)<br>    Respondents. )<br>) | Civil Action No. 05-CV-2087 (RMC) |
| ISSAM HAMID ALI BIN ALI AL )<br>    JAYFI, *et al.*, )<br>)<br>    Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.*, )<br>)<br>    Respondents. )<br>) | Civil Action No. 05-CV-2104 (RBW) |

**ATTORNEY APPEARANCE**

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

Dated:  November 21, 2005            Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents