# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------x
ADIL BIN MUHAMMAD AL WIRGHI,    :
    Detainee,                   :
    Guantánamo Bay Naval Station :
    Guantánamo Bay, Cuba,       :
                                :
TAWISS BINT HASAN AL WIRGHI,    :
    as Next Friend of           :
    Adil bin Muhammad al Wirghi, :
                                :
    Petitioners,                :
                                :
    v.                          :
                                :
GEORGE W. BUSH, DONALD RUMSFELD, :   No. 05-CV-1497 (RCL)
ARMY BRIG. GEN. JAY HOOD, and ARMY :
COL. MIKE BUMGARNER,            :
                                :
    Respondents.                :
                                :
---------------------------------x

## DECLARATION OF TAWISS BINT HASAN AL WIRGHI

I, Tawiss bint Hasan al Wirghi, pursuant to 28 U.S.C. § 1746, hereby declare:

1.    I am the mother of Adil bin Muhammad al Wirghi, a Tunisian citizen who is currently being held at Guantánamo Bay Naval Station ("Guantánamo Bay") under the control and custody of the United States. I make this declaration in Tunis, the capital of Tunisia.

2.    Adil's ISN is 502.

3.    I am fifty-eight years old. I am a resident and citizen of Tunisia. I was born in the Tunisian village of Ghar al-Dima' and moved to the city of Tunis thirty-five

years ago. I have lived in Tunisia all of my life. I am a housewife. My husband and I have four sons and one daughter. Adil is our oldest child.

4. My son Adil is forty years old, and received a sixth grade education. Adil speaks Arabic, and, I believe, does not have any knowledge of English.

5. Adil lived with his father and me in Tunisia until approximately 1990. While in Tunisia, Adil worked with his father in a clothing store business. My husband and I were in contact from time to time with Adil from 1990 until his capture.

6. Adil was captured approximately three to four years ago. I first learned that Adil had been captured when I received a letter from him informing me that he was being held at Guantánamo Bay. In his communications, Adil has also requested assistance of counsel.

7. The letters I have received from Adil arrive months apart. My family and I send letters to Adil, but we have not been able to speak to him or visit with him.

8. Today my son Adil is still incarcerated at Guantánamo Bay. Adil's father and I are extremely concerned about Adil's safety and his physical and mental health.

9. I was shocked to learn that my son Adil is being held at Guantánamo Bay. To my knowledge, my son Adil has never been engaged in any combat against the United States, and never been a member of the Taliban or al Qaeda, or any other type of terrorist or radical group or forces hostile to the United States.

10. I believe that my son Adil – who has expressed his desire for assistance of counsel – wants me to take any steps I can to help him in his current situation. I believe that Adil wants me to act as his Next Friend in any litigation on his behalf. Accordingly,

-3-

I am acting as next friend for my son Adil bin Muhammad al Wirghi, who is being held at Guantánamo Bay.

11.  I hereby authorize Michael A. Cooper, Suhana Han, Mohammad Fadel, and Jessica Klein of the law firm of Sullivan & Cromwell LLP, Barbara Olshansky of the Center for Constitutional Rights ("CCR"), and any person assigned by these lawyers, to act on my behalf and on my son Adil's behalf, to secure any documents and information concerning my son that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available.

-4-

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November  15  , 2005.

_____
Tawif bint Hasan al Wirghi

Tawiss bint Hasan
al Wirghi
CIN 0702085