# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------x
ADIL BIN MUHAMMAD AL WIRGHI, :
    Detainee, :
    Guantánamo Bay Naval Station :
    Guantánamo Bay, Cuba, :
     :
TAWISS BINT HASAN AL WIRGHI, :
    as Next Friend of :
    Adil bin Muhammad al Wirghi, :
     :
    Petitioners, :
     :
v. :
     :
GEORGE W. BUSH, DONALD RUMSFELD, : No. 05-CV-1497 (RCL)
ARMY BRIG. GEN. JAY HOOD, and ARMY :
COL. MIKE BUMGARNER, :
     :
    Respondents. :
     :
------------------------------------x

## DECLARATION OF BUSHRA HAMIDA

I, Bushra Hamida, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a resident and citizen of Tunisia. I am also a lawyer licensed to practice in Tunisia.

2. In September 2005, Mohammad Fadel of Sullivan & Cromwell LLP contacted me, explained that Adil bin Muhammad al Wirghi was being detained at Guantánamo Bay Naval Station ("Guantánamo Bay"), and informed me that his colleagues Michael A. Cooper and Suhana Han had filed a habeas corpus petition on behalf of Mr. al Wirghi through a "next friend."

3. Mr. Fadel also told me that he believed that Mr. al Wirghi might have family members living in Tunisia and he asked whether I would help locate them. I agreed to help.

4. In late September 2005, I located Mr. al Wirghi's mother, Tawiss bint Hasan al Wirghi and contacted her to arrange a meeting. We met in my office and discussed her son Adil's detention at Guantánamo Bay, as well as his pending habeas corpus petition filed by lawyers in the United States. I explained the purpose of such a petition and asked Mrs. al Wirghi whether she or another member of Adil's family would be willing to serve as "next friend" for her son Adil's habeas corpus petition. When Mrs. al Wirghi responded affirmatively, I informed her that the "next friend" would need to file a declaration and we discussed what information would be included in such declaration. Thereafter, Mrs. al Wirghi agreed to serve as Adil's "next friend" for purposes of his habeas corpus petition.

5. In November 2005, I met with Mrs. al Wirghi and we reviewed each paragraph of her declaration and discussed whether any changes needed to be made. Because Mrs. al Wirghi is illiterate, I read the declaration to her, and she confirmed that she understood every paragraph and that the contents of the declaration were all accurate. Mrs. al Wirghi accordingly executed her declaration.

6. I believe that Mrs. al Wirghi fully understood the contents of her declaration, which she confirmed was accurate in its entirety. I also believe that Mrs. al Wirghi knowingly and voluntarily agreed to serve as "next friend" on behalf of her son Adil.

-3-

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 15, 2005.

_____
Bushra Hamida

Maître Bechra BEL HAJ HMIDA
Avocate à la Cour de Cassation
14, Rue Imen Abou Hanifa
2070 La-Marsa - Tunisie
Tél. Fax : (+ 216) 71 98 08 05