IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADIL BIN MUHAMMAD AL WIRGHI, *et al.*,<br><br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States, *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1497 (RCL) |

**NOTICE OF WITHDRAWAL OF RESPONDENTS' MOTION FOR ORDER
TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
FOR LACK OF PROPER "NEXT FRIEND" STANDING**

NOTICE is hereby given that, based on petitioners' Amended Petition for Writ of Habeas Corpus (dkt. no. 10), in which Tawiss Bint Hasan Al Wirghi is substituted for Moazzam Begg as next friend petitioner in this case, respondents withdraw their Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing (dkt. no. 3), which challenges the standing of Moazzam Begg as next friend in this action. Notwithstanding this withdrawal, respondents reserve their right to challenge the standing of Tawiss Bint Hasan Al Wirghi as appropriate. Respondents' Motion to Stay Proceedings (dkt. no. 4) remains pending.[1]

---

[1] On December 30, 2005, the President signed into law the Department of Defense Appropriations Act, 2006, Pub. L. No. 109-148, tit. X, 119 Stat. 2680 (2005), also known as the Detainee Treatment Act of 2005, which, among other things, amends 28 U.S.C. § 2241 to remove court jurisdiction to hear or consider applications for writs of habeas corpus and other actions brought in this Court by or on behalf of aliens detained at Guantanamo Bay, Cuba, and creates an exclusive review mechanism in the D.C. Circuit, applicable to pending cases, to address the validity of the detention of such aliens held as enemy combatants. Id. § 1005(e)(1),

| | |
|---|---|
| Dated:  January 11, 2006 | Respectfully submitted, |

                                    PETER D. KEISLER
                                    Assistant Attorney General

                                    KENNETH L. WAINSTEIN
                                    United States Attorney

                                    DOUGLAS N. LETTER
                                    Terrorism Litigation Counsel

                                       /s/ Preeya M. Noronha
                                    JOSEPH H. HUNT (D.C. Bar No. 431134)
                                    VINCENT M. GARVEY (D.C. Bar No. 127191)
                                    TERRY M. HENRY
                                    JAMES J. SCHWARTZ
                                    PREEYA M. NORONHA
                                    ROBERT J. KATERBERG
                                    NICHOLAS J. PATTERSON
                                    ANDREW I. WARDEN
                                    EDWARD H. WHITE
                                    MARC A. PEREZ
                                    Attorneys
                                    United States Department of Justice
                                    Civil Division, Federal Programs Branch
                                    20 Massachusetts Ave., N.W.  Room 7144
                                    Washington, DC  20530
                                    Tel:  (202) 514-4107
                                    Fax:  (202) 616-8470

                                    Attorneys for Respondents

---

(h)(2). Respondents anticipate filing in the Guantanamo detainee cases, including the instant case, a motion to dismiss or for other appropriate relief based on the new law. The effect of the Detainee Treatment Act of 2005 will also be addressed in supplemental briefing in the Guantanamo detainee appeals pending before the D.C. Circuit. A stay of other proceedings in this case is appropriate, at the very least, pending resolution of respondents' motion regarding the new, statutory withdrawal of the Court's jurisdiction. A stay is further appropriate for the reasons discussed in respondents' prior motion to stay.