UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------x
ADIL BIN MUHAMMAD AL WIRGHI,  :
    Detainee,  :
    Guantánamo Bay Naval Station  :
    Guantánamo Bay, Cuba,  :
  :
TAWISS BINT HASAN AL WIRGHI,  :
    as Next Friend of  :
    Adil bin Muhammad al Wirghi,  :  No. 05-CV-1497 (RCL)
  :
    Petitioners,  :
  :  ORAL ARGUMENT
    v.  :  REQUESTED
  :
GEORGE W. BUSH, DONALD RUMSFELD,  :
ARMY BRIG. GEN. JAY HOOD, and ARMY  :
COL. MIKE BUMGARNER,  :
  :
    Respondents.  :
  :
---------------------------------x

**MOTION FOR ENTRY OF PROTECTIVE ORDER**

      PLEASE TAKE NOTICE that on such date as the Court shall determine, Petitioners Adil bin Muhammad al Wirghi and Tawiss bint Hasan al Wirghi, by and through undersigned counsel, shall move for an order directing entry of the Protective Order submitted herewith for the reasons set forth in the accompanying Petitioners' Memorandum in Support of their Motion for Entry of Protective Order.

Dated: February 28, 2006          Respectfully submitted,

                                              /s/ Michael A. Cooper
                                              Michael A. Cooper

-2-

Suhana S. Han
125 Broad Street
New York, New York 10004
Tel. (212) 558-4000
Fax: (212) 558-3588

*Counsel for Petitioners Adil bin Muhammad al Wirghi and Tawiss bint Hasan al Wirghi*

Of Counsel
Barbara Olshansky
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499