# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------x
ADIL BIN MUHAMMAD AL WIRGHI,      :
    Detainee,                     :
    Guantánamo Bay Naval Station  :
    Guantánamo Bay, Cuba,         :
                                  :
TAWISS BINT HASAN AL WIRGHI,      :
    as Next Friend of             :
    Adil bin Muhammad al Wirghi,  :
                                  :
            Petitioners,          :   No. 05-CV-1497 (RCL)
                                  :
        v.                        :
                                  :
GEORGE W. BUSH, DONALD RUMSFELD,  :
ARMY BRIG. GEN. JAY HOOD, and ARMY:
COL. MIKE BUMGARNER,              :
                                  :
            Respondents.          :
                                  :
------------------------------x
```

## [PROPOSED] PROTECTIVE ORDER

Upon consideration of the Motion for Entry of Protective Order, it is hereby ORDERED that the following orders entered in *In re Guantánamo Bay Detainee Cases* shall be entered in this case: (i) Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first entered on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)); (ii) the Order Addressing Designation Procedures for "Protected Information," first entered on November 10, 2004; and (iii) the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first entered on December 13, 2004.

-2-

It is SO ORDERED.

Dated: _____  
                                                                  _____  
                                                                  Royce C. Lamberth  
                                                                  United States District Judge