# EXHIBIT 6

**Han, Suhana S.**

```
-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Wednesday, January 11, 2006 1:45 PM
To: Cooper, Michael A.
Subject: GTMO Mail
```

Mr. Cooper,

I am writing to follow up on our telephone conversation on January 9, 2005.  I understand that you have sent a letter to the DoJ Litigation Security Office for delivery to the petitioner in Al Wirghi v. Bush, 05-CV-1497-RJL.  In order to process this letter pursuant to the privileged mail system for habeas counsel, the following steps must be taken:

1) The court must enter the three protective orders that govern handling of classified and protected information, counsel access to the detainees, and filing procedures.  See November 8, 2004 Amended Protective Order (344 F. Supp. 2d 174 (D.D.C. 2004); November 10, 2004 order regarding protected information designation procedures; and December 13, 2004 supplement to the Protective Order regarding filing procedures.  These orders are attached.

2) Once the protective orders are entered by the Court in the Al Wirghi case, we need the following documents on file:

a) A signed Memorandum of Understanding.  See Protective Order ¶¶ 18 & 36, Exhibits B & C (requiring counsel to file a Memorandum of Understanding acknowledging the protective order with the Court and submit copies to the Court Security Officers and government counsel, and execute an Acknowledgment for access to protected information).

b) A "Notification of Representation".  See Protective Order, Exhibit A, Revised Procedures for Counsel Access, ¶ III.C.1 (explaining that "[p]rior to being permitted access to the detainee counsel must provide DoD with 'Notification of Representation'").  You may execute a letter that includes all the required information.  Please be sure to include evidence of your authority to represent petitioner.

c) A signed representation regarding the source of any counsel fees must be on file.  See Protective Order, Exhibit A, Revised Procedures for Counsel Access, ¶ III.C.4.

You may submit the above documents to me via e-mail pdf or fax.  Once the above steps are taken, you will be authorized to send legal mail via the procedures outlined in the revised procedures for counsel access and schedule a visit to GTMO (once your security clearance is approved).

In the meantime, you may send mail to petitioner at the following address:  petitioner's name; Camp Delta; U.S. Naval Base Guantanamo Bay, Cuba; Washington, DC 20355.  Mail sent to this address will be reviewed by security personnel at Guantanamo and, if appropriate, forwarded to the petitioner.

Regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084