# EXHIBIT 8

**Han, Suhana S.**

| | |
|---|---|
| **From:** | Andrew.Warden@usdoj.gov |
| **Sent:** | Friday, February 24, 2006 5:31 PM |
| **To:** | Han, Suhana S. |
| **Cc:** | Cooper, Michael A. |
| **Subject:** | RE: al Wirghi v. Bush (05 cv 1497) |

Mr. Sullivan & Ms. Han,

Thank you for your letter and supplemental materials. In light of the Detainee Treatment Act of 2005, we can no longer consent to entry of the protective orders entered by Judge Green in Guantanamo habeas cases. We plan to file an opposition to your motion for entry of the orders.

As for the status of your letter to petitioner Al Wirghi, my understanding is that it is being held by the DoJ Litigation Security Office pending resolution of the protective order issue. As I explained in my January 11, 2005 e-mail, entry of the protective orders by the Court is one of several requirements that must be met before habeas counsel may engage in privileged correspondence with detainees at Guantanamo. You may, however, send non-privileged correspondence to Mr. Al Wirghi at the following address: petitioner's name; Camp Delta; U.S. Naval Base Guantanamo Bay, Cuba; Washington, DC 20355.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084


-----Original Message-----
From: HanS@sullcrom.com [mailto:HanS@sullcrom.com]
Sent: Thursday, February 23, 2006 11:58 AM
To: Warden, Andrew (CIV)
Subject: al Wirghi v. Bush (05 cv 1497)

Please see the attached.

Regards,

Suhana S. Han
Sullivan & Cromwell LLP
(212) 558 - 4647
(212) 558 - 3588 (fax)



-------------------------------------------
This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.