# Exhibit A

Case 1:05-cv-01497-UNA    Document 16-2    Filed 05/22/2006    Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
SALEH ALI ABDULLAH AL SALAMI, et al.,     )
                                          )
      Petitioners,                        )
                                          )
    v.                                    )  Civil Action No. 05-2452 (PLF)
                                          )
GEORGE W. BUSH, et al.,                   )
                                          )
      Respondents.                        )
_____)

ORDER

        This matter is before the Court on petitioners' motion for entry of the three Protective Orders first issued by Judge Joyce Hens Green in other *habeas* cases brought by detainees at Guantánamo Bay. Respondents oppose entry of the Protective Orders, arguing in part that the Detainee Treatment Act of 2005, Pub. L. No. 109-148, 119 Stat. 2680, deprives this Court of jurisdiction to consider petitioners' *habeas* case. Respondents also have filed a Notice of Multiple Petitions filed by the detainee in this case and in Alsaaei v. Bush, Civil No. 05-2369 (D.D.C. Dec. 12, 2005).

        Central to the Protective Orders are their provisions for access to counsel. Detainees' right to meet with counsel under the Protective Order is independent of the (still-unresolved) question of the Court's jurisdiction to rule on their *habeas* petitions. See generally Adem v. Bush, Civil No. 05-0273, Memorandum Opinion (D.D.C. Mar. 14, 2006). Moreover, affording detainees access to counsel under the Protective Orders will help to resolve any ambiguity as to multiple petitions. Accordingly, it is hereby

ORDERED that [5] Petitioner's Motion for Entry of Protective Order is GRANTED; and it is

FURTHER ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004; the Order Addressing Designation Procedures for "Protected Information" entered on November 10, 2004; and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued on December 13, 2004, in the In re Guantanamo Bay Detainee Cases, Civil No. 02-0299, et al., by Judge Joyce Hens Green shall apply in this case; and it is

FURTHER ORDERED that [11] Petitioner's Motion Requesting Oral Argument is DENIED as moot.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 13, 2006