UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
ADIL BIN MUHAMMAD AL WIRGHI,                                       :
    Detainee,                                               :
    Guantánamo Bay Naval Station                           :
    Guantánamo Bay, Cuba,                                   :
                                                            :
TAWISS BINT HASAN AL WIRGHI,                                       :
    as Next Friend of                                       :
    Adil bin Muhammad al Wirghi,                            :
        Petitioners,                      :   No.  05-CV-1497 (RCL)
                                                            :
        v.                                :
                                                            :
GEORGE W. BUSH, DONALD RUMSFELD,                                   :
ARMY BRIG. GEN. JAY HOOD, and ARMY                                 :
COL. MIKE BUMGARNER,                                               :
                                                            :
        Respondents.                      :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**FURTHER NOTICE OF SUPPLEMENTAL AUTHORITY**

        Petitioners Adil bin Muhammad al Wirghi and Tawiss bint Hasan al Wirghi, through their undersigned counsel, submit this Further Notice of Supplemental Authority in connection with their pending Motion for Entry of Protective Order.[1]

        1.    On May 22, 2006, Petitioners filed a Notice of Supplemental Authority in further support of their Motion for Entry of Protective Order, which was fully briefed on March 21, 2006.

---

[1] The Protective Order consists of (i) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, dated November 8, 2004; (ii) the Order Addressing Designation Procedures for "Protected Information," dated November 10, 2004; and (iii) the Order Supplementing and Amending Filing Procedures Contained in the November 8, 2004 Amended Protective Order, dated December 13, 2004.  These documents were attached as Exhibits 1-3 to Petitioners' Motion for Entry of Protective Order.

–2–

2.      As noted in Petitioners' motion papers and Notice of Supplemental Authority, the Protective Order has been entered in numerous other Guantánamo habeas cases after the enactment of the Detainee Treatment Act of 2005 ("DTA").

3.      On June 5, 2006, Respondents submitted a response to Petitioners' Notice of Supplemental Authority, arguing that a "stay of all proceedings in this case, including with respect to petitioners' request for relief, is appropriate pending the resolution of the effect of the [DTA]."  (Response at 2.)

4.      Petitioners submit this Further Notice of Supplemental Authority to advise the Court that yet another judge has rejected Respondents' attempt to impede access to counsel by invoking the DTA.  On June 2, 2006, Judge John Bates entered the Protective Order in *Al-Ghizzawi* v. *Bush* "only insofar as [it] relate[s] to petitioner's access to his counsel."  *Al-Ghizzawi* v. *Bush*, 05-CV-2378 (D.D.C. June 2, 2006) (Minute Order) (attached as Exhibit A).

5.      For the reasons stated above and in Petitioners' Notice of Supplemental Authority and previously filed memoranda, Petitioners respectfully request that the Court enter the Protective Order, or alternatively schedule oral argument on Petitioners' Motion for Entry of Protective Order.

Dated:  June 9, 2006

Of Counsel
Barbara Olshansky
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, New York  10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Respectfully submitted,

    /s/ Michael A. Cooper
Michael A. Cooper
Suhana S. Han
125 Broad Street
New York, New York  10004
Tel. (212) 558-4000
Fax: (212) 558-3588

*Counsel for Petitioners Adil bin Muhammad al Wirghi and Tawiss bint Hasan al Wirghi*