# EXHIBIT A

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-02378-JDB

AL-GHIZZAWI et al v. BUSH et al
Assigned to: Judge John D. Bates
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 12/12/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2005 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ 5.) filed by ABDUL HAMID ABDUL SALAM AL-GHIZZAWI, ALI YEHYA MAHDI AL-RIMI. (Attachments: # 1 CERTIFICATE OF SERVICE)(lc, ) (Entered: 12/14/2005) |
| 12/12/2005 |   | SUMMONS Not Issued as to GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, MIKE BUMGARNER (lc, ) (Entered: 12/14/2005) |
| 01/04/2006 | 2 | NOTIFICATION OF SUPPLEMENTAL AUTHORITY by respondents GEORGE WALKER BUSH, and DONALD RUMSFELD, et al. (Attachments: # 1 Exhibit)(jeb, ) (Entered: 01/04/2006) |
| 01/05/2006 | 3 | NOTICE of Appearance by Terry Marcus Henry on behalf of GEORGE W. BUSH, DONALD RUMSFELD, JAY HOOD, MIKE BUMGARNER (Henry, Terry) (Entered: 01/05/2006) |
| 02/24/2006 | 4 | MOTION for Leave to File *Amended Habeas Corpus Petition Instanter* by ABDUL HAMID ABDUL SALAM AL-GHIZZAWI. (Attachments: # 1 Exhibit #1 of Motion# 2 Exhibit A and B of Petition)(Gorman, H.) (Entered: 02/24/2006) |
| 02/27/2006 | 5 | Emergency MOTION for Protective Order *Sanction and Other Relief to Render Access to Client Meaningful* by ABDUL HAMID ABDUL SALAM AL-GHIZZAWI. (Attachments: # 1 Exhibit A to G)(Gorman, H.) (Entered: 02/27/2006) |
| 03/03/2006 |   | NOTICE: In light of the enactment of the Detainee Treatment Act of 2005 ("DTA"), Pub L. No. 109-148, Secs. 1001-06, 119 Stat. 2680, 2739-44; the fact that the United States Court of Appeals for the District of Columbia Circuit has set a briefing and argument schedule on the question of the DTA's effect on federal court jurisdiction over habeas claims brought by Guantanamo detainees; and the absence of any showing by petitioner that he faces a concrete, impending, and irreparable harm or that some other exigency warrants immediate intervention by this Court to resolve the threshold question of continuing jurisdiction, the Court shall -- without addressing the jurisdictional question and without rendering judgment on the merits of 5 petitioner's motion for entry of a protective order, sanctions, and other relief -- hold in abeyance all pending motions herein filed. (lcjdb2) (Entered: 03/03/2006) |
| 06/02/2006 | 6 | Emergency MOTION for Protective Order *(Renewed) and Other Relief to Render Access to Client Meaningful* by ABDUL HAMID ABDUL SALAM AL-GHIZZAWI. (Attachments: # 1 Exhibit A to C)(Gorman, H.) (Entered: 06/02/2006) |
| 06/02/2006 |   | MINUTE ORDER: Upon consideration of 6 petitioner's renewed emergency motion for |

|  |  |  |  |
|---|---|---|---|
|  |  |  | entry of a protective order and other relief to render access to client meaningful, it is hereby ORDERED that the motion is GRANTED IN PART and DENIED IN PART; and it is further ORDERED that the Court enters by way of reference the following orders previously entered in In re Guantanamo Detainee Cases, No. 02-CV-0299, et al., by Judge Joyce Hens Green, but only insofar as they relate to petitioner's access to his counsel: (1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004; (2) the Order Addressing Designation Procedures for "Protected Information," entered on November 10, 2004; and (3) the Order Supplementing and Amending Filing Procedures Contained in the November 8, 2004 Amended Protective Order, issued on December 13, 2004. It is further ORDERED that, consistent with the prior order of the Calendar and Case Management Committee of the United States District Court for the District of Columbia, any issue pertaining to the interpretation or construction of these protective orders is referred to Magistrate Judge Alan Kay pursuant to Local Civil Rule 72.2(a). Signed by Judge John D. Bates on 6/2/2006. (lcjdb2) (Entered: 06/02/2006) |
| 06/05/2006 |  | [7](#) | NOTICE *of Filing Memorandum of Understanding and Acknowledgement to the Amended Protective Order* by ABDUL HAMID ABDUL SALAM AL-GHIZZAWI (Attachments: # [1](#) Exhibit A)(Gorman, H.) (Entered: 06/05/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/09/2006 15:41:48 | | | |
| **PACER Login:** | sc0008 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-02378-JDB |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |