UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |
|---|---|
| ADIL BIN MUHAMMAD AL WIRGHI, : | |
|     Detainee, : | |
|     Guantánamo Bay Naval Station : | |
|     Guantánamo Bay, Cuba, : | |
|  : | |
| TAWISS BINT HASAN AL WIRGHI, : | |
|     as Next Friend of : | |
|     Adil bin Muhammad al Wirghi, : | No.  05-CV-1497 (RCL) |
|  : | |
|     Petitioners, : | ORAL ARGUMENT |
|  : | REQUESTED |
|         v. : | |
|  : | |
| GEORGE W. BUSH, DONALD RUMSFELD, : | |
| ARMY BRIG. GEN. JAY HOOD, and ARMY : | |
| COL. MIKE BUMGARNER, : | |
|  : | |
|     Respondents. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PETITIONERS' NOTICE IN RESPONSE TO THE AUGUST 4, 2006 ORDER**

        Petitioners Adil Bin Muhammad al Wirghi and Tawiss bint Hasan al Wirghi, through their undersigned counsel, submit this Notice pursuant to the Order of the Calendar and Case Management Committee of the United States District Court for the District of Columbia, dated August 4, 2006 (the "Order").

    1.    In connection with Respondents' Motion for Procedures Related to Review of Certain Detainee Materials (*see* Docket No. 19), the Court issued the Order instructing counsel to file a Notice that identifies:

> any Petitioner as to whom counsel lacks a good-faith belief that *any* attorney-client communication occurred prior to June 18, 2006 (either through written correspondence or in-person conversation), or any Petitioner as to whom communications

Case 1:05-cv-01497-UNA   Document 25   Filed 08/15/2006   Page 2 of 3

> with counsel prior to that date were limited to *unprivileged* preliminary correspondence such as a general request for legal assistance by Petitioner not directed to specific counsel or a general introductory letter from counsel containing no substantive information concerning the Petitioner's legal claims.

(Order at 5.)

2.　Undersigned counsel's communication with Mr. al Wirghi prior to June 18, 2006 was limited to a single, unprivileged preliminary letter of introduction containing no substantive information concerning Mr. al Wirghi's rights. Undersigned counsel, however, reserve Mr. al Wirghi's right to supplement this Notice with additional information and to obtain any protections for privileged communications afforded by the Court.

3.　Although undersigned counsel have sent a letter to Mr. al Wirghi, it was not routed through the mail system for attorney-client communications because the Protective Order has not yet been entered in this case. Without the Protective Order, counsel are prohibited from meeting with Mr. al Wirghi or sending him privileged correspondence.

4.　There has been only a single communication from counsel to Mr. al Wirghi in this proceeding pending since July 2005 because Respondents have refused to consent to entry of the Protective Order, and this Court has not yet ruled on Petitioners' Motion for Entry of the Protective Order, which was fully briefed on March 21, 2006.[1]

---

[1] Petitioners have also filed Notices of Supplemental Authority identifying the numerous cases in which the Court has entered the Protective Order after the enactment of the Detainee Treatment Act of 2005 (*see* Docket Nos. 15, 16, 18). The Court has also entered the Protective Order after the U.S. Supreme Court issued its decision in *Hamdan* v. *Rumsfeld*, 126 S. Ct. 2749 (2006) (*see e.g.*, *Al Darby* v. *Bush*, 05-CV-02371 (D.D.C. July 3, 2006) (RCL); *Al-Harbi* v. *Bush*, 1:05-CV-02479 (D.D.C. July 5, 2006) (HHK)).

–2–

–3–

Dated: August 15, 2006  Respectfully submitted,

  /s/ Michael A. Cooper
Michael A. Cooper
Suhana S. Han
125 Broad Street
New York, New York  10004
Tel. (212) 558-4000
Fax: (212) 558-3588

*Counsel for Petitioners Adil bin Muhammad
al Wirghi and Tawiss bint Hasan al Wirghi*


Of Counsel
Barbara Olshansky
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York  10012
Tel: (212) 614-6439
Fax: (212) 614-6499