UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADIL BIN MUHAMMAD AL WIRGHI, )<br>  *et al.*,                            )<br>                                         )<br>          Petitioners,               )<br>                                         )<br>     v.                                    )<br>                                         )<br>GEORGE W. BUSH,                )<br>   President of the United States, )<br>  *et al.*,                                )<br>          Respondents.              )<br>                                         ) | Civil Action No. 05-1497 (RCL) |

# ORDER

Having considered Respondents' Motion to Stay [4] Proceedings Pending Related Appeals, the opposition and reply thereto, and Petitioners' Motion [13] for Protective Order, the opposition and reply thereto, as well as the entire record in this case, and it appearing that good cause exists for granting both motions as follows, it is hereby

ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004 in In re Guantanamo Detainee Cases, 344 F.Supp. 2d 174 (D.D.C. 2004), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004 in In re Guantanamo Detainee Cases, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004 in In re Guantanamo Detainee Cases, shall apply in the above-captioned case.  It is

FURTHER ORDERED that the above-captioned case is stayed pending resolution of all

appeals in <u>Khalid v. Bush</u>, <u>Boumediene v. Bush</u>, Nos. 04-CV-1142 (RJL), 04-CV-1166 (RJL), 355 F.Supp. 2d 311 (D.D.C. 2005), <u>appeals docketed</u>, Nos. 05-5062, 05-5063 (D.C. Cir. Mar. 2, 2005), and <u>In re Guantanamo Detainee Cases</u>, No. 02-CV-0299, <u>et al.</u>, 355 F.Supp. 2d 443 (D.D.C. 2005), <u>appeal on petition for interlocutory appeal</u>, No. 05-5064 (D.C. Cir. Mar. 10, 2005).

IT IS SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on September 28, 2006.