UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------------- x
                                           :

ADIL BIN MUHAMMAD AL WIRGHI,      :
    Detainee,
    Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba,

TAWISS BINT HASAN AL WIRGHI,
    as Next Friend of
    Adil bin Muhammad al Wirghi,           No. 05-CV-1497 (RCL)

                 Petitioners,

                 v.

GEORGE W. BUSH, DONALD RUMSFELD,
ARMY BRIG. GEN. JAY HOOD, and ARMY
COL. MIKE BUMGARNER,

                 Respondents.
----------------------------------- x

**NOTICE OF FILING**

        Petitioners Adil Bin Muhammad al Wirghi and Tawiss bint Hasan al Wirghi, through undersigned counsel, have submitted to the Court Security Officer today their Opposition To Respondents' Motion to Dismiss. Petitioners argued that dismissal would be premature.

Dated: May 3, 2007                               Respectfully submitted,

                                                    /s/ Michael A. Cooper
                                               Michael A. Cooper
                                               Suhana S. Han
                                               125 Broad Street
                                               New York, New York 10004
                                               Tel. (212) 558-4000
                                               Fax: (212) 558-3588

*Counsel for Petitioners Adil bin Muhammad
al Wirghi and Tawiss bint Hasan al Wirghi*

Of Counsel
Barbara Olshansky
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York  10012
Tel: (212) 614-6439
Fax: (212) 614-6499