UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ADIL BIN MUHAMMAD AL WIRGHI,
    Detainee,
    Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba,

TAWISS BINT HASAN AL WIRGHI,
    as Next Friend of
    Adil bin Muhammad al Wirghi,

    Petitioners,

    v.

GEORGE W. BUSH, DONALD RUMSFELD,
ARMY BRIG. GEN. JAY HOOD, and ARMY
COL. MIKE BUMGARNER,

    Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

No. 05-CV-1497 (RCL)

ORAL ARGUMENT
REQUESTED

**EMERGENCY MOTION FOR THIRTY-DAY-NOTICE ORDER, TEMPORARY RESTRAINING ORDER, AND PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that on such date as the Court shall determine, Petitioner Adel Ben Mohamed Ben Abess El Ouerghi, by and through undersigned counsel, shall move for (1) an order requiring the United States government ("the Government") to give counsel thirty days notice before transferring Mr. El Ouerghi out of Guantánamo, (2) a temporary restraining order ("TRO") preventing the Government from transferring Mr. El Ouerghi to Tunisia, and (3) conversion of that TRO to a preliminary injunction at the appropriate time, for the reasons set forth in the accompanying

Memorandum in Support of Emergency Motion for Thirty-Day-Notice Order, Temporary Restraining Order, and Preliminary Injunction.

| | |
|---|---|
| Dated: March 3, 2008 | Respectfully submitted, |

    /s/ Michael A. Cooper
Michael A. Cooper
Suhana S. Han
125 Broad Street
New York, New York  10004
Tel. (212) 558-4000
Fax: (212) 558-3588

*Counsel for Petitioners Adil bin Muhammad al Wirghi and Tawiss bint Hasan al Wirghi*

Of Counsel
Barbara Olshansky
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York  10012
Tel: (212) 614-6439
Fax: (212) 614-6499