# Exhibit B

**From:** Ermentrout, Bree CDR [mailto:bree.ermentrout@navy.mil]
**Sent:** Thursday, February 07, 2008 4:44 PM
**To:** Cooper, Michael A.
**Subject:** Detainee Status Notification

Dear Counsel for ISN 502

   Through either the Administrative Review Board (ARB) process or the process DOD had in place prior to ARBs, your client has been approved to leave Guantanamo, subject to the process for making appropriate diplomatic arrangements for his departure. Accordingly, any guidance regarding submission of materials for a 2008 ARB for your client is inapplicable to this detainee; he will not be receiving another ARB proceeding.

   As you know, such a decision does not equate to a determination that your client is not an enemy combatant, nor is it a determination that he does not pose a threat to the United States or its allies. I cannot provide you any information regarding when your client may be leaving Guantanamo as his departure is subject to ongoing discussions.

Sincerely,

BREE ERMENTROUT, CDR, JAGC, USN
Staff Judge Advocate
Legal Advisor
DoD, HQ OARDEC
Washington, DC