# Exhibit C

Case 1:05-cv-01497-UNA   Document 39-5   Filed 03/05/2008   Page 1 of 13

الجمهوريـــة التونسيـــة

وزارة الدفاع الوطني

المحكمة العسكرية الدائمة

بتونس

عــ 2/3736 ــدد قضية

## قـــرار ختـــم البحـــث

الحمد لله ،

نحـــن الرائـــد وحيـــد بونـــي قاضـي التحقيـــق الأول بالمكتـــب الثانـــي لـــدى المحكمة العسكرية الدائمة بتونس ، بعــد الإطــلاع على الفصلــين 104 و 107 من مجلـة الإجراءات الجزائيــة وعلـى البحـــث الجــاري ضــد :

1 – سيـــف الله بـــن عمـــر بـــن محمـــد بـــن حسيـــن

و إبـــن صفية بنت الحاج مصطفى بن عبداللطيف ، مولود في 08 نوفمبر 1965 بتونس ، قاطـــن عـــدد 60 نهج ليبيا حمام الأنف بنعروس ، متزوج ، وله أبناء ، يحسن الإمضاء .

بحالــة إيقـــاف

█████ بـــن محمـــد الطاهـــر بـــن الأخضـــر النصـــري

مولـــود في 7جويليـــة 1966 بقفصـــة ، و إبن زهرة بنت أحمد مسعود ، قاطـــن عادة 35 حي النهوض قفصة .

بحالـــة فـــرار

█████ بـــن أحمـــد بـــن ابراهيـــم بـــن صالـــح الحكيمـــي

مولود في 27 مـــارس 1965 بتونس ، و إبن جميلة العوادي ، قاطن حي الإسكان 4 بنعروس .

بحالـــة فـــرار

█████ بـــن محمـــد بـــن عبـــاس الورغـــي

مولـــود في 25جويلية 1965 بتونس ، و إبن الطاوس بنت حسن الغوايلي ،قاطن 24 نهج 4542 حي الزهـــور الثالـــث تونس .

بحالـــة فـــرار

5ـ كمـــــال بـــن أحـــمـــد يـــــن صــالــــح الهمامــــــي

مولود في 08 جانفــي 1959 بأريانة ، و إبن مبروكة بنت مفتاح الهمامي ، قاطن هنشيــــر ترڨلاش ماطر بنزرت .

بحالــة فــرار

6 ـ عمـــــــر بــن محمــــــد بـــن عمـــــر السليطــــــــي

مولود في 03 أكتوبر 1959 بوهران الجزائر، و إبن حبيبة بنت إدريس مجوطي ، قاطن 22 نهج الجنة حي الزهور تونس .

بحالـة فـرار

7ـ لطفـــــي بــــن عبيـــــد بـــن عمـــر بــــن علــــي

مولــود في 15 أوت 1964 بتونس ، وإبن فاطمـــة بنـــت أحـــمد ، قاطن نهج 3057 عدد 1 حي هلال تونس .

بحالـة فــرار

8ـ طـــارق بـــن الحبيـــب بـــن التومــــــي المعروف

مولــود في 23 نوفمبـر 1965 بغار الدماء ، و إبن عائشة بنت أحمد ،قاطن 1 نهج خميــــس الحجـري غار الدمــــاء جندوبـــــــة .

بحالـة فـرار

9ـ سامــــي بـــن خميـــس بــــن صالــح الصيـــــــد

مولــود في 10فـيفـري 1968 بــنزرت ، و إبن بية السعيدانــــي ، قاطن 260 الحي العسكري العوينــة تونـــس .

بحالـة فـرار

10ـ يوســـف بــن عبدالباقـــي بــن يوســـف العبــــداوي

مولــود في 04 سبتمبر 1966 بجبل الريحان القيروان ، و إبن فاطمة بنت محمد العبداوي ، قاطن جبل الريحان الوسلاتية القيروان .

بحالـة فـرار

11ـ المختـــار بـــن محمــــد يــــن المختــــار بوشوشـــــة

مولــود في 13 أكتوبر 1969 بــتونس ، و إبن هادية بنت العربي بنــور ، قاطن حي الجمهورية التضامـــن منوبـــة .

2

بحالـة فـرار

12- كمـــال بـــن عمـــر بـــن عبداللـــه بــن موســى

مولود في 24جويلية 1963 بغمراسن تطاوين ، و إبن مبروكة حزة ، قاطن قصر المقابلة تطاوين .

بحالـة فـرار

13- ... بـن العربـي بـن صالـح العريسـي

مولـود في 24مـارس 1969 بقابـس ، و إبن ضاويـة بنت بلقاسـم الجريدي ، قاطن 102 نهج سيدي هريش قابس .

بحالـة فـرار

14- خليفـة بـن الضـاوي بـن خليفـة بـن حسـن

مولود في 25 أوت 1968 بمنزل بوزلفة ، و إبن فالفة بنت محمد الزيادي ، قاطن حي علي باش حامية منزل بوزلفة نابل .

بحالـة فـرار

15- مـن سيكشفـه البحـث .

لإقامهم بكونهم في الفترة المتراوحة بين سنتي 1998 و 2001 وبكل من لندن و أفغانستان دائرة قضاء المحكمة العسكرية الدائمة بتونس تعمدوا إرتكاب جريمة الإنظمام إلى منظمة إرهابية تعمل بالخارج زمن السـلم قصـد التحريـض علـى الكراهيـة والتعصـب الدينـي والتحريض على إرتكاب تلك الجرائم وتسهيلـها وهي المنصـوص عليها وعلى عقاب مرتكبيها بالفصلين 123 من مجلة المرافعات والعقوبات العسكرية و52 مكرر من المجلة الجنائية ولم يمض على ذلك الأمد القانوني المسقط لحق التتبـع .

وعلــــى طلبــــات النيابــــة العسكريـــة

حيث أنتجبت الأبحاث المجراة في القضية أنه خلال سنة 1998 إلتقى المتهم سيف الله بن حسين بالمتهم طارق المعروفي بلندن و إتفقا على تجميع الإسلاميين التونسيين غير المؤطرين والموجودين بأوروبا قصـد بعـث تنظيـم سـلفي جهادي يسـهدف إلى نشـر الفكر السلفي و الإعـداد الروحي والبدني والعسكري لأتباعه وإكسابهم خبرات قتالية لتوظيفها لاحقا في تقويض الأنظمة العربية بما في ذلك النظام التونسـي و بخصـوص العناصـر التونسية سيقع التخطيط لعودتهم إلى أرض الوطن أو إلى بلدان أخرى في إنتـظار صـدور تعليمـات لهم للقيام بأعمال إرهابية تستهدف الأشخاص والمؤسسـات الحيوية داخل التـراب التونسـي كما يهدف التنظيم إلى ضرب المصالح الغربية في الخارج و للغرض تولى المتهم طارق المعـروفي الإتصال بمعارفه التونسيين المتواجدين بأوروبا وهما المتهمين عمر السليطي وكمال بن موسى ثم تحـول في مناسبتين إلى مدينة ميلانو الإيطالية أين تقابل مع المتهم سامي الصيد و أقنعه بالإنظمام إلى

3

التنظيم الجديد فستعهد الأخير في الذكر بالاتصال بأفراد مجموعته بإيطاليا و التونسيين المتواجدين بأفغانستان وهم رياض المصري وعادل الحكيمي وعادل الورغي ولطفي بن علي وكمال الهمامي وخليفة بن حسن ومختار بوشوشة ولطفي الفريسي ويوسف العبداوي لإقناعهم بالانضمام إلى التنظيم الجديد وفعلا عبروا عن رغبتهم في الانضمام إلى المجموعة ولتجسيم فكرة بعث التنظيم الجديد تحول المتهم سيف الله بن حسين في أواسط سنة 2000 إلى أفغانستان أين تقابل مع العناصر السابق ذكرها وسبق لها أن تلقت تدريبات عسكرية مختلفة و تقرروا على بعث تنظيم سلفي جهادي يدعى " سرايا الدعوة و الجهاد " و قاموا بهيكلته فنصبوا سيف الله بن حسين أميرا له و أسندت للمتهم طارق المعروفي مسؤولية الإشراف على العناصر المتواجدة بأوروبا و إستقطابهم فيما أسندت مهام مختلفة لبقية المتهمين الذين تسوغوا مضافة بأفغانستان لاستقبال العناصر الوافدة من أوروبا وسعوا لجمع الإعانات و التبرعات وبعث بعض المشاريع قصد إنشاء معسكر للتدريب العسكري غير أن قوات التحالف شنت غارة على المعسكر مما دفع بالمشرفين عليه إلى إيقاف التدريبات المذكورة .

وحيث إعترف المتهم سيف الله بن حسين إعترافا صريحا ومفصلا بما نسب إليه لدى باحثي البداية والمنتدب مؤكدا أن فكرة بعث تنظيم سلفي جهادي إنطلقت سنة 1998 بمعية المتهم طارق المعروفي في لقاء جمعهما بلندن حيث إتفقا على تجميع الإسلاميين التونسيين الموجودين بأوروبا ضمن جماعة سلفية جهادية تهدف إلى نشر الفكر السلفي و الإعداد الروحي والبدني والعسكري تحضيرا لإقامة الحكم الإسلامي بتونس و قد سافر إلى أفغانستان في أواسط سنة 2000 أين تقابل مع المتهمين المذكورين بالطالع و تقارروا على بعث تنظيم سلفي جهادي أطلقوا عليه إسم " سرايا الدعوة والجهاد " وقد نصبوا المتهم سيف الله بن حسين أميرا له فيما أسندت لمعاونه المتهم طارق المعروفي مسؤولية الإشراف على إستقطاب الشبان المتواجدين بأوروبا ولدى التحقيق تراجع و أنكرا ما نسب إليه ذاكرا أنه على جهل تام لوقائع قضية الحال و لا علم له بتنظيم " سرايا الدعوى و الجهاد " كما أنه لا يعرف أي كان من المتهمين في قضية الحال مضيفا أن جميع الأقوال المسجلة عليه . صلب محضر سماعه لدى باحث البداية والمنتدب

وحيث تعذر إستنطاق بقية المتهمين في قضية الحال نظرا لتحصنهم بالفرار بالرغم من إصدار بطاقات جلب ضدهم تعذر تنفيذها لعدم العثور عليهم .

وحيث تضمن التقرير الإرشادي الصادر عن إدارة أمن الدولة صلب محضرها عدد 07 المؤرخ في 07 ماي 2003 أن تنظيم " سرايا الدعوة و الجهاد " هو تنظيم سلفي جهادي يستمد مرجعيته الفكرية من مؤلفات الجماعات الإسلامية الجهادية مثل جماعة الجهاد المصرية والجماعة الإسلامية المصرية إلى جانب مؤلفات رموز التيار الجهادي مثل كتاب العمدة في إعداد العدة كما يعتمد على محاربة الأنظمة العربية بما في ذلك النظام التونسي بدعوى أنها لا تطبق ما جاء بالكتاب والسنة

4

وبالتالي تبيح شرعية مقاومتها بالقوة والإطاحة بها ويهدف التنظيم في مرحلة أولى إلى إستقطاب الشبان التونسيين المتواجدين بالخارج و تأطيرهم وإعدادهم عقائديا وبدنيا وعسكريا لإكسابهم خبرات قتالية لتوظيفها لاحقا في تقويض الأنظمة العربية على غرار النظام التونسي و بخصوص العناصر التونسية يتم ترتيب عودتهم إلى أرض الوطن أو إلى بلدان أخرى في إنتظار صدور تعليمات لهم للقيام بأعمال إرهابية تستهدف الأشخاص والمؤسسات الحيوية داخل التراب التونسي .

وحيث أن ما صدر عن كافة المتهمين في قضية الحال من أفعال يوفر ضدهم أركان جرائم الإنظمام إلى منظمة إرهابية تعمل بالخارج زمن السلم قصد التحريض على الكراهية والتعصب الديني والتحريض على إرتكاب تلك الجرائم وتسهيلها طبق أحكام الفصل 123 من مجلة المرافعات والعقوبات العسكرية .

وحيث أن الفصل 52 مكرر من المجلة الجنائية المعتمد في قرار فتح البحث موضوع قضية الحال قد تم إلغاؤه بمقتضى القانون عدد 75 لسنة 2003 المؤرخ في 10 ديسمبر 2003 المتعلق بدعم المجهود الدولي لمكافحة الإرهاب و منع غسل الأموال و تعين بذلك عدم إعتماد النص المذكور ضد المتهمين في قضية الحال .

وحيث تأكد إرتكاب جملة المتهمين لما نسب إليهم و ما إنكار المتهم سيف الله بن حسين لما نسب لا يعدو أن يكون سوى ذريعة للتفصي من المسؤولية حملة فضلا عما ورد صلب سماعه لدى باحث البداية والمنتدب وبالتقرير الإرشادي الصادر عن إدارة أمن الدولة .

وحيث لم تسفر الأبحاث عن إكتشاف أطراف أخرى ساهمت في إرتكاب وقائع قضية الحال بالأمر الذي يتجه معه حفظ القضية مؤقتا في حق من سيكشفه البحث لعدم التوصل لمعرفته .

## ولهذه الأسباب

نصرح بما تقدم سرده ونقرر توفر الحجج الكافية والقرائن القوية على تعمد المتهمين:

1- سيف الله بن عمر بن محمد بن حسين
2- رياض بن محمد الطاهر بن الأخضر النصري
3- عادل بن أحمد بن ابراهيم بن صالح الحكيمي
4- عادل بن محمد بن عباس الورغي
5- كمال بن أحمد بن صالح الشيخ الهمامي
6- عمر بن محمد بن عمر السليطي

5

7- لطفي بن عيد بن عمر بن علي

8- طارق بن الحبيب بن التومي المعروفسي

9- سامي بن خميس بن صالح الصيد

10- يوسف بن عبدالباقي بن يوسف العبساوي

11- المختار بن محمد بن المختار بوشوشة

12- كمال بن عمر بن عبدالله بن موسى

13- لطفي بن العربي بن صالح الغريسي

14- خليفة بن الضاوي بن خليفة بن حسن

إرتكاب جريمة الإنظمام إلى منظمة إرهابية تعمل بالخارج زمن السلم قصد التحريض على الكراهية والتعصب الديني والتحريض على إرتكاب تلك الجرائم وتسهيلها وهي المنصوص عليها وعلى عقاب مرتكبيها بالفصل 123 من مجلة المرافعات والعقوبات العسكرية و نقرر إحالتهم من أجل ذلك وعلى الحالة التي هم عليها مع ملف القضية على دائرة الإتهام العسكرية لتقرر في شأنهم ما تراه و حفظ القضية في حق من سيكتشفه البحث مؤقتا لعدم التوصل لمعرفته وإعلام من يهمه الأمر بهذا القرار .

أطلع عليه في تاريخه                                       تونس، في : 22 سبتمبر 2004

وبتاريخ اليوم 30 أكتوبر 2004 أحضر كاتب التحقيق الوكيل أول عماد العسعوسي المتهم سيف الله بن حسين وأعلمه بفحوى هذا القرار وأمضى معه على ذلك.

سيف الله بن حسين

6

13/08/2007  17:43:32  Envoyé par RSF                                                    Page: 2/7
                                    *13*                              [illegible] *2627*

Republic of Tunisia
Ministry of National Defense
Permanent Military Court
In Tunis
Case Number 2/3736

### Decision to Conclude an Investigation

Thank God,

We, Major Waheed Bunenni, Senior Investigation Judge at the Second Office of the Permanent Military Court in Tunis, after reviewing chapters 104 and 107 of the Penal Procedures and the ongoing investigation against:

1- Seifullah bin Omar bin Muhammad bin Hussein, and the son of Safeya bint Haj Mustafa bin Abdel Latif, born on November 08, 1965 in Tunis, residing in Number 60 Libya Street, Hammam Al Anf, Ben Arous, married with children, can sign.

                                                                                                                                                     Apprehended

2- [redacted] bin Muhammad Al-Taher bin Al-Akhdar Al-Nasri, born on July 7, 1966 in Gafse, and the son of Zahra bint Ahmed Masoud, residing in Number 35 Al-Nohoud District, Gafse.

                                                                                                                                                                Fugitive

3- [redacted] bin Ahmed bin Ibrahim bin Saleh Al-Hakeimi, born on March 27, 1965 in Tunis, and the son of Jameela Al-Auwadi, residing in Al-Iskan District Number 4, Ben Arous.

                                                                                                                                                                Fugitive

4- [redacted] bin Muhammad bin Abbas Al-Warghi, born on July 25, 1965 in Tunis, and son of Al-Tawoos bint Hassan Al-Ghueily, residing in Number 24 Street 4542, Third Al-Zohour District, Tunis.

                                                                                                                                                                Fugitive

13/08/2007  17:43:32  Envoyé par RSF                                                Page: 3/7

5- Kamal bin Ahmed bin Saleh Al-Homami, born on January 08, 1959 in Ariana, and the son of Mabrouka bint Moftah Al-Homami, residing in Hansheer Terklash Matter, Bizerte.
Fugitive

6- Omar bin Muhammad bin Omar Al-Seleiti, born on October 03, 1959 in Wahran – Algeria, and son of Habiba bint Idris Majouti, residing in 22 Al-Henna Street, Al-Zohour District, Tunis.
Fugitive

7- Lotfi bin Obeid bin Omar bin Ali, born on August 15, 1964 in Tunis, and son of Fatma bint Ahmed, residing in Street 3057 Number 1, Hilal District, Tunis.

Fugitive

8- Tareq bin Al-Habib bin Al-Touni Al-Maaroufi, born on November 23, 1965 in Ghar Al-Demaa, and the son of Aicha Ahmed, residing in 1 Khamis Al-Hajri Street, Ghar Al-Demaa, Jendouba.
Fugitive

9- Sami bin Khamis bin Saleh Al-Seid, born on February 10, 1968 in Bizerte, and the son of Beya Al-Saeidani, residing in 260 Military District, Al-Ouina, Tunis.
Fugitive

10- Youssef bin Abdel Baki bin Youssef Al-Abdawi, born on September 04, 1966 in Jabal Al-Rihan, Kairouan, and the son of Fatma bint Mohamed Al-Abdawi, residing in Jabal Al-Rihan, Waslateya, Kairouan.
Fugitive

11- Al-Mokhtar bin Muhammad bin Al-Mokhtar Boushousha, born on October 13, 1969 in Tunis, and the son of Hadya bint Al-Arabi Banour, residing in Al-Jumhureya District, Al-Tadamon, Manouba.

2

13/08/2007  17:43:32  Envoyé par RSF                                                         Page: 4/7

                                                                              Fugitive

12- Kamal bin Omar bin Abdullah bin Moussa, born on July 24, 1963 in Ghamrasen, Tataouine, and the son of Mabrouka Hamza, residing in Kasr Al-Mokabala, Tataouine.

                                                                              Fugitive

13- [Lotfi] bin Al-Arabi bin Saleh Al-Ghareesi, born on March 24, 1969 in Gabes, and the son of Dawya bint Belqassem Al-Gereidi, residing in 102 Sidi Harish Street, Gabes.

                                                                              Fugitive

14- Khalifa bin Al-Dawi bin Khalifa bin Hassan, born on August 25, 1968 in Menzel Bouzalfa, and the son of Fatma bint Muhammad Al-Zeyadi, residing in Ali Pasha Hamia District, Menzel Bouzalfa, Nabel.

                                                                              Fugitive

15- Those to be revealed through the investigation.

Who are being accused of that which, in the period between 1998 and 2001 in London and Afghanistan, under the jurisdiction of the Permanent Military Court in Tunis, they intentionally committed the crime of joining a terrorist organization operating abroad at the time of peace for the purpose of instigating hatred and religious fanaticism, and to incite and facilitate the commitment of such crimes, which are listed along with the penalty on those guilty of them at Chapter 123 of the Military Defense and Penalty Review and 52 bis. of the Criminal Review. Legal time limit forfeiting the right to pursue the case has not passed.

**And the Requests of the Military Prosecutor's Office**

Whereas, the investigations in the case showed that in 1998, suspect Seifullah bin Hussein met suspect Tareq Al-Maaroufi in London and agreed on gathering Tunisian Islamists who are not detained and are present in Europe for the purpose of establishing a fundamentalist jihad organization aiming to spread fundamentalist ideas and provide the spiritual, physical, and military preparation of its followers to give them fighting skills to later employ in overthrowing the Arab regimes, including the Tunisian regime. As for the Tunisian elements, there was a plan for their return to their home country or other countries to await instructions to carry out terrorist acts targeting individuals and vital establishments in Tunisia. The organization also aims to strike at western interests abroad. For that purpose, the suspect Tareq Al-Maaroufi contacted his Tunisian acquaintances in Europe, namely the accused Omar Al-Seleiti and Kamal bin Moussa. He then twice traveled to Milan and Italy, where he met with the accused Sami Al-Seid and convinced him to join

13/08/2007  17:43:32  Envoyé par RSF                                                              Page: 5/7

the new organization. The latter pledged to contact the members of his group in Italy, and the Tunisians present in Afghanistan, namely Riyad Al-Masri [sic], Adel Al-Hakeimi, Adel Al-Warghi, Lotfi bin Ali, Kamal Al-Homami, Khalifa bin Hassan, Mokhtar Boushousha, Lotfi Al-Ghareesi, and Youssef Al-Abdawi to convince them to join the new organization, and indeed, they expressed their willingness to join the group. To realize the idea of resurrecting the new organization, the accused Seifullah bin Hussein, around the mid-2000, went to Afghanistan where he met with the aforementioned elements who have had previous various military training, and agreed to resurrect a fundamentalist jihad organization called "Saraya Al-Daawa Wal Jihad" (Platoons of Calling and Jihad) and set its structure. They named Seifullah bin Hussein as its Emir and the accused Tareq Al-Maaroufi was assigned the responsibility to supervise the elements present in Europe and to attract them. Other various duties were assigned to the rest of the accused, such as facilitating a guesthouse in Afghanistan to receive the elements coming from Europe, working on collecting funds and donations, and working on some projects for the purpose of establishing a military training camp. Yet the coalition forces raided the camp, which led the supervisors to halt the said training.

   Whereas, the accused Seifullah bin Hussein gave a detailed confession regarding the charges against him to the preliminary and delegated investigators, confirming that the idea to resurrect a fundamentalist jihad organization emerged in 1998 with the accused Tareq Al-Maaroufi at a meeting in London, where they agreed to gather all Tunisian Islamists in Europe in a fundamentalist jihad group aiming at spreading fundamentalist thought and providing spiritual, physical, and military training in preparation for establishing Islamic Rule in Tunisia. Also that he went to Afghanistan in mid 2000, where he met with the aforementioned accused and agreed to resurrect a fundamentalist jihad organization that they named "Saraya Al-Daawa Wal Jihad" (Platoons of Calling and Jihad) and named the accused Seifullah bin Hussein as its Emir, while his assistant, the accused Tareq Al-Maaroufi was assigned the responsibility of supervising the attracting of the youth in Europe. Yet, upon questioning him, he reverted and denied what was attributed to him, saying that he was completely unaware of the facts of the current case, has no knowledge of the "Saraya Al-Daawa Wal Jihad" Organizations, and that he is not acquainted with any of the accused in the current case, adding that all statements made in his name in the hearing reports by the preliminary and delegated investigators are [redacted].

   Whereas, it was difficult to question the rest of the accused in the current case as they are all escapees, despite issuing apprehension warrants against them, that could not, in turn, be executed as they were not to be found.

   And as the guiding report issued by the State Security Department of its investigation number 07 dated May 07, 2003 included that the "Saraya Al-Daawa Wal Jihad" organization is a fundamentalist jihad organization adopting its intellectual thoughts from the writings of jihad Islamic groups such as the Egyptian Jihad Organization and the Egyptian Jamaa Islamia (Islamic Group), as well as the writings of the icons of the Jihad trend such as the book titled "Al-Amda fi E'dad Al-Udda," and is based on fighting Arab regimes, including the Tunisian regime claiming that they do not apply the provisions of the Quran and Sunna

13/08/2007  17:43:32  Envoyé par RSF                                         Page: 6/7

which makes it legitimate to fight them by force and overthrow them. The organization aims at the preliminary stage to attract Tunisian youth abroad, include them as members, and prepare them religiously, physically, and militarily to provide them with fighting skills to be later used to overthrow the Arab regimes, such as the Tunisian regime. With respect to the Tunisian elements, their return to their home country or any other country will be arranged, where they will lie in waiting for instructions to carry out terrorist acts targeting individuals and vital establishments in Tunisia.

Whereas, all acts committed by all the accused in the current case constitute the cornerstones of the crimes of joining a terrorist organization operating abroad at the time of peace for the purpose of instigating hatred and religious fanaticism, and to incite and facilitate the commitment of such crimes according to the provisions of Chapter 123 of the Military Defense and Penalty Review.

Whereas, Chapter 52 bis. of the Criminal Review, on which the decision to open investigation in this case was abolished by Law Number 75 for the year 2003 dated December 10, 2003 on supporting the international efforts for fighting terrorism and money laundering, which entailed not adopting the mentioned text against the accused in the current case.

Whereas, it was proved that all the accused have committed the crimes they are charged with, and that the denials of the accused Seifullah bin Hussein are but an excuse to shift the responsibility away from himself, in addition to what was mentioned in the hearing report by the preliminary and delegated investigators and in the guiding report issued by the State Security Department.

Whereas, the investigations did not reveal any other parties contributing to the committing of the facts of the current case, which leads to temporarily filing the case against those who may later be revealed by the investigation.

## For All Aforementioned Reasons

We hereby state the aforementioned and decided that there are sufficient reasons and strong proof on the intentions of the following accused:
1- Seifullah bin Omar bin Muhammad bin Hussein
2- Riyad bin Muhammad Al-Taher bin Al-Akhdar Al-Nasri
3- Adel bin Ahmed bin Ibrahim bin Saleh Al-Hakeimi
4- Adel bin Muhammad bin Abbas Al-Warghi
5- Kamal bin Ahmed bin Saleh Al-Homami
6- Omar bin Muhammad bin Omar Al-Seleiti

13/08/2007  17:43:32  Envoyé par RSF                                                                                                Page: 7/7

   7-  Lotfi bin Eid [sic] bin Omar bin Ali
   8-  Tareq bin Al-Habib bin Al-Toumi [sic] Al-Maaroufi
   9-  Sami bin Khamis bin Saleh Al-Seid
  10- Youssef bin Abdel Baki bin Youssef Al-Abdawi
  11- Al-Mokhtar bin Muhammad bin Al-Mokhtar Boushousha
  12- Kamal bin Omar bin Abdullah bin Moussa
  13- Lotfi bin Al-Arabi bin Saleh Al-Ghareesi
  14- Khalifa bin Al-Dawi bin Khalifa bin Hassan

To commit the crime of joining a terrorist organization operating abroad at the time of peace for the purpose of instigating hatred and religious fanaticism, and to incite and facilitate the commitment of such crimes which are listed along with the penalty on those guilty of them at Chapter 123 of the Military Defense and Penalty Review, and for that we rule to transfer them, in their current state, together with the case file to the Military Indictment Directorate to rule against them, to file the case against those who may later be revealed by the investigation as they are not known yet, and to inform those concerned of this decision.

| | |
|---|---|
| Reviewed on this day | Tunisia on: September 22, 2004 |
| Copy to | |
| [illegible] | First Investigation [illegible] |
| Permanent Military Court in Tunis | [illegible signature] |
| [illegible stamp] | [illegible stamp] |
| [illegible signature] | |
| [illegible] | |

*On this day, October 30, 2004, the investigation clerk, First Deputy Emad Al-Massoudni, brought in the accused Seifullah bin Hussein and informed him of this decision and they both signed on this.*

| | |
|---|---|
| Seifullah bin Hussein | Investigation Clerk |
| [illegible signature] | [illegible signature] |

6