IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADIL BIN MUHAMMAD AL WIRGHI, *et al.*,<br><br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States, *et al.*,<br><br>    Respondents. | Civil Action No. 05-cv-1497 (RCL) |

### [Proposed] ORDER

Upon consideration of petitioner's motion for temporary restraining order and preliminary injunction requiring respondents to provide counsel for petitioner and the Court with thirty days' advance notice of intended removal of petitioner from Guantanamo Bay, and respondents' opposition thereto, it is hereby

ORDERED that petitioner's motion is DENIED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE