IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                        :
ADIL BIN MUHAMMAD AL WIRGHI,                            :
     Detainee,                                      :
     Guantánamo Bay Naval Station                   :
     Guantánamo Bay, Cuba,                          :
                                                        :
TAWISS BINT HASAN AL WIRGHI,                           :
     as Next Friend of                              :
     Adil bin Muhammad al Wirghi,                   :        No.  05-CV-1497 (RCL)
                                                        :
     Petitioners,                                   :
                                                        :
     v.                                             :
                                                        :
GEORGE W. BUSH, DONALD RUMSFELD,                       :
ARMY BRIG. GEN. JAY HOOD, and ARMY                     :
COL. MIKE BUMGARNER,                                   :
                                                        :
     Respondents.                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## [Proposed] Order

     Upon consideration of petitioner's motion for an order requiring

respondents to give thirty days' advance notice of intended removal of petitioner from

Guantánamo Bay, and for a temporary restraining order and preliminary injunction

enjoining respondents from transferring petitioner to Tunisia, respondents' opposition,

and petitioner's reply thereto, it is hereby

     ORDERED that

     Respondents must give Petitioner's counsel thirty days' notice before transferring

Petitioner out of the detention facility at Guantánamo Bay, Cuba; and

Respondents are preliminarily enjoined from transferring Petitioner out of the

detention facility at Guantánamo Bay, Cuba.


Dated: _____


_____
UNITED STATES DISTRICT JUDGE