IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADIL BIN MUHAMMAD AL WIRGHI, <br> *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, <br> President of the United States, <br> *et al.*, <br><br> Respondents. | Civil Action No. 05-cv-1497 (RCL) |

**RESPONDENTS' NOTICE IN CONNECTION WITH OPPOSITION TO EMERGENCY MOTION FOR THIRTY-DAY-NOTICE ORDER, TEMPORARY RESTRAINING ORDER, AND PRELIMINARY INJUNCTION**

Petitioner Adil Bin Muhammad Al Wirghi's Reply Brief in Further Support of Petitioner's Emergency Motion for Thirty-Day-Notice Order, Temporary Restraining Order, and Preliminary Injunction, along with the Proposed Order accompanying that reply memorandum, notes that the petitioner seeks two distinct but related forms of preliminary relief: an order requiring thirty days' notice to the Court and to petitioner's counsel of any transfer of the petitioner from Guantanamo Bay and a separate order barring outright any transfer of the petitioner to Tunisia during the pendency of this case. See Pet'rs Reply Brief at 2. Petitioner's reply brief further suggests that it is not clear whether the respondents oppose the second form of relief. See Pet'rs Reply Brief at 2. Respondents believe the position taken by their opposition memorandum is already clear, but file this notice to emphasize that respondents oppose any and all relief requested in petitioner's motion for the reasons stated in respondents' opposition memorandum.

Dated: March 21, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

    /s/ James C. Luh
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JAMES J. SCHWARTZ
JEAN LIN
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar 23840-49)
NICHOLAS A. OLDHAM
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4938
Fax:  (202) 616-8460

Attorneys for Respondents