UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ADIL BIN MUHAMMAD AL WIRGHI,
    Detainee,
    Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba,

TAWISS BINT HASAN AL WIRGHI,
    as Next Friend of
    Adil bin Muhammad al Wirghi,

    Petitioners,

    v.

GEORGE W. BUSH, DONALD RUMSFELD,
ARMY BRIG. GEN. JAY HOOD, and ARMY
COL. MIKE BUMGARNER,

    Respondents.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 05-CV-1497 (RCL)

ORAL ARGUMENT REQUESTED

### NOTICE OF SUPPLEMENTAL AUTHORITY WITH RESPECT TO EMERGENCY MOTION FOR THIRTY-DAY-NOTICE ORDER, TEMPORARY RESTRAINING ORDER, AND PRELIMINARY INJUNCTION

        PLEASE TAKE NOTICE that Petitioner Adel Ben Mohamed Ben Abess El Ouerghi, by and through undersigned counsel, directs the Court's attention to an order filed on March 19, 2008 (the same day Mr. El Ouerghi filed his Reply Brief) in a similar Guantánamo habeas case. *See Abdulayev* v. *Bush*, No. 05-2386 (D.D.C. Mar. 19, 2008) (Walton, J.). Judge Walton's order in *Abdulayev* rested in part on the D.C. Circuit's recent decision in *Belbacha* v. *Bush*, No. 07-5258 (D.C. Cir. Mar. 14, 2008), in requiring the respondents to provide petitioner's counsel with thirty-days notice of any intended

removal of the petitioner from Guantánamo, with such notice to specify the country to which the respondents intended to transfer the petitioner.

Dated: March 27, 2008          Respectfully submitted,

    /s/ Michael A. Cooper
    /s/ Suhana S. Han
Michael A. Cooper
Suhana S. Han
125 Broad Street
New York, New York 10004
Tel. (212) 558-4000
Fax: (212) 558-3588

*Counsel for Petitioners Adil bin Muhammad al Wirghi and Tawiss bint Hasan al Wirghi*

Of Counsel
Wells Dixon
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499