# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UMAR HAMZAYAVICH ABDULAYEV, ISN 257, ) ) ) | |
| Petitioners, ) | |
| v. ) ) | Civil Action No. 05-2386 (RBW) |
| GEORGE BUSH, et al., ) ) | |
| Respondents. ) ) | |

### ORDER

Currently before the Court is petitioner Umar Hamzayavich Abdulayev, a/k/a Abdullah Bo Omer Hamza Yoyej, a/ka/a Omar Lunu's, ISN 257, Motion for Order Barring Respondents From Repatriating Petitioner to Tajikistan and to Provide Counsel for Petitioner Thirty-Days Advance Notice of Any Intended Removal of Petitioner From Guantanamo to Any Other Country. In light of the United States Court of Appeals for the District of Columbia Circuit's ruling in Belbacha v. Bush, Civil Action No. 05cv02349 (D.C. Cir. March 14, 2008) and upon consideration of the pleadings, the supporting memoranda submitted by the parties, and the arguments counsel presented to the Court at the hearing on March 19, 2008, it is hereby this 19th day of March, 2008,

**ORDERED** that the petitioner's motion for respondents to provide counsel for petitioner thirty-days notice of any intended removal of petitioner from Guantanamo to any other country is **GRANTED**. It is further

**ORDERED** that the respondents must specify in its thirty-days notice to counsel for the petitioner the country the petitioner shall be transferred. It is further

**ORDERED** that the request in the petitioner's motion for an order barring respondents from repatriating petitioner to Tajikistan shall be held in abeyance.

**SO ORDERED.**

/s/_____
REGGIE B. WALTON
United States District Judge