UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ADIL BIN MUHAMMAD AL WIRGHI,                    :
        Detainee,                               :
        Guantánamo Bay Naval Station            :
        Guantánamo Bay, Cuba,                   :
                                                :
TAWISS BINT HASAN AL WIRGHI,                    :
        as Next Friend of                       :
        Adil bin Muhammad al Wirghi,            :
                                                :      No.  05-CV-1497 (RCL)
        Petitioners,                            :
                                                :
            v.                                  :
                                                :
GEORGE W. BUSH, DONALD RUMSFELD,                :
ARMY BRIG. GEN. JAY HOOD, and ARMY              :
COL. MIKE BUMGARNER,                            :
                                                :
        Respondents.                            :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF NON-OPPOSITION TO RESPONDENTS' MOTIONS TO
DESIGNATE PARAGRAPH 9 OF BUZBY DECLARATION
AS "PROTECTED INFORMATION"**


PLEASE TAKE NOTICE that Petitioner Adel Ben Mohamed Ben Abess

El Ouerghi, by and through undersigned counsel, having reviewed the declaration

submitted by Respondents in support of their motion in the above-captioned case to treat

as "protected" the information in paragraph 9 of the Declaration of Rear Admiral Mark

H. Buzby, dated February 8, 2008, Petitioner has elected not to oppose Respondents'

-2-

motion.  Petitioner, however, continues to believe that the information in paragraph 9 is

not properly treated as "protected."

Dated:  March 27, 2008                     Respectfully submitted,


                                             /s/ Michael A. Cooper
                                             /s/ Suhana S. Han
                                           Michael A. Cooper
                                           Suhana S. Han
                                           125 Broad Street
                                           New York, New York  10004
                                           Tel. (212) 558-4000
                                           Fax: (212) 558-3588

                                           *Counsel for Petitioners Adil bin Muhammad*
                                           *al Wirghi and Tawiss bint Hasan al Wirghi*

                                           Of Counsel
                                           Wells Dixon
                                           CENTER FOR CONSTITUTIONAL RIGHTS
                                           666 Broadway, 7th Floor
                                           New York, New York  10012
                                           Tel: (212) 614-6439
                                           Fax: (212) 614-6499