UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADIL BIN MUHAMMAD AL WIRGHI,<br>  Detainee,<br>  Guantanamo Bay Naval Station<br>  Guantanamo Bay, Cuba<br><br>TAWISS BINT HASAN AL WIRGHI<br>  as Next Friend of<br>  Adil bin Muhammad al Wirghi<br><br>      Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>  President of the United States,<br>  *et al.*,<br>      Respondents. | Civil Action No. 05-1497 (RCL) |

## **ORDER**

Upon consideration of petitioner's motion [39] for an order requiring respondents to give thirty days advance notice of intended removal of petitioner from Guantanamo Bay, and for a temporary restraining order and preliminary injunction enjoining respondents from transferring petitioner to Tunisia, respondents' opposition, and petitioner's reply thereto, it is hereby

ORDERED that the petitioner's motion for respondents to provide counsel provide thirty days notice of any intended removal of petitioner from Guantanamo is GRANTED. It is further

ORDERED that the respondents must specify in its thirty-days notice to counsel for the petitioner the country to which the petitioner shall be transferred. It is further

ORDERED that the petitioner may renew his motion for an injunction against transfer at that time.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 11, 2008.