UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IN RE: : Misc. No. 08-442 (TFH)
:
GUANTANAMO BAY : Civil Action No. 05-1497 (RCL)
DETAINEE LITIGATION :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF AUTHORIZATION**

Pursuant to the Court's Order of July 29, 2008, Petitioner Adel El Ouerghi (ISN 502) files this notice of authorization of counsel.

1. On June 12, 2006, Petitioner Adel El Ouerghi signed an acknowledgement of representation, in Arabic, agreeing that Michael Cooper, Suhana Han, Jessica Klein, and any other individual who should join the team, are authorized to defend his case and all matters related to it. Mr. El Ouerghi's authorization, along with an English translation, is attached hereto as Ex. 1.

Dated:  August 28, 2008                Respectfully submitted,

                                              /s/ Suhana Han
                                       Michael A. Cooper
                                       Suhana S. Han
                                       Jessica M. Klein
                                       125 Broad Street
                                       New York, New York  10004
                                       Tel. (212) 558-4000
                                       Fax: (212) 558-3588

                                       *Counsel for Petitioners Adil bin Muhammad*
                                       *al Wirghi and Tawiss bint Hasan al Wirghi*

- 2 -

Of Counsel
Wells Dixon
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York  10012
Tel: (212) 614-6439
Fax: (212) 614-6499