أنا عادل بن محمد الورغي ارغب في أن يمثلني مايكل كوبر - ودوهانة صان - جيسكا كلاين - في المحكمة للدفاع عن قضيتي وكل الامور المتعلقة بها دايقًا اي شخصي ينظم الى هيئة الدفاع

عادل بن محمد الورغي -    ISN= 502

- 6- 12- 2006

I Adel Ben Mohamed El Ouerghi would like to be represented by Michael Cooper – Suhana Han – and Jessica Klein in court to defend my case, all matters related to it, and also by any individual who will join the defense team.

Adel Ben Mohamed El Ouerghi          ISN= 502

    Signature

6-12-2006